ROBERT FOLEY, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28893.) JEANNE C. DAUDELIN, an Infant, by EDMUND DAUDELIN, Her Guardian ad Litem, et al., Respondents, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28894.) EDMUND DAUDELIN, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28895.) JOHN CLIFFORD, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28896.) MARION MACDUFF, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28947.)

Argued October 15, 1952; decided October 23, 1952.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for appellant.

*M. James Conboy, John R. Cummins, John Doherty* and *Carl O. Olson* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.